| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MICHAEL W. REDDING<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00162-GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| DAVE PERKINS, | DATE: October 25, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 25, 2019.

2. By this stipulation, defendant now moves to continue the status conference until November 15, and to exclude time between October 25, 2019, and November 15, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes police reports, photographs, video recordings, and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to consult with her client, review

1 | the charges, review discovery, discuss potential resolutions, and otherwise prepare for trial.

2 |     c)      Counsel for defendant believes that failure to grant the above-requested
3 | continuance would deny him/her the reasonable time necessary for effective preparation, taking
4 | into account the exercise of due diligence.

5 |     d)      The government does not object to the continuance.

6 |     e)      Based on the above-stated findings, the ends of justice served by continuing the
7 | case as requested outweigh the interest of the public and the defendant in a trial within the
8 | original date prescribed by the Speedy Trial Act.

9 |     f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
10 | et seq., within which trial must commence, the time period of October 25, 2019 to November 15,
11 | inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
12 | because it results from a continuance granted by the Court at defendant's request on the basis of
13 | the Court's finding that the ends of justice served by taking such action outweigh the best interest
14 | of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 23, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ MICHAEL W. REDDING
MICHAEL W. REDDING
Assistant United States Attorney

Dated: October 23, 2019

/s/ Linda Allison
Linda Allison
Counsel for Defendant
DAVE PERKINS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 24, 2019

GARLAND E. BURRELL, JR.
Senior United States District Judge