| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | LINDA ALLISON, #179741<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710<br>Linda_Allison@fd.org |
| 5 | |
| 6 | Attorney for Defendant<br>DAVE PERKINS, JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CR-00162-MCE |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | ) ) | |
| DAVE PERKINS, JR., | ) ) | DATE: March 3, 2020 |
| Defendant. | ) ) ) | TIME: 9:15 a.m.<br>JUDGE: John A. Mendez |

The Federal Public Defender's Office through Linda Allison, counsel for defendant Dave Perkins, Jr., and the United States, through its counsel Assistant United States Attorney Michael Redding, hereby stipulate to vacate the sentencing hearing scheduled for March 3, 2020, at 9:15 a.m. and set it instead for March 31, 2020, at 9:15 a.m.

The new schedule for Presentence report shall be as follows:

| | |
|---|---|
| Reply or Statement of Non Opposition due: | March 24, 2020 |
| Motion to correct the presentence report due: | March 17, 2020 |
| Pre-Sentence Report due: | March 10, 2020 |
| Written Objections to draft PSR due: | March 3, 2020 |
| Draft PSR due: | February 18, 2020 |

///

///

Stipulation and Order to Vacate and Re-Set Sentencing Hearing

United States Probation Officer Aylin McFarland has no objection to the new scheduled dates.

Respectfully submitted,

DATE: February 5, 2020              HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Linda Allison*
                                    LINDA ALLISON
                                    Assistant Federal Defender
                                    Attorney for Dave Perkins, Jr.

DATED: February 5, 2020             McGREGOR W. SCOTT
                                    United States Attorney

                                    */s/ Michael W. Redding*
                                    MICHAEL W. REDDING
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DAVE PERKINS, JR.,<br><br>   Defendant. | Case No. 2:19-CR-00162-MCE<br><br>ORDER TO CONTINUE SENTENCING HEARING |

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the ends of justice are served by continuing the currently scheduled sentencing hearing date. It is ordered the March 3, 2020 sentencing hearing shall be continued to March 31, 2020 at 9:15 a.m. before Hon. John A. Mendez.

Dated: February 6, 2020

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

Stipulation and Order to Vacate and Re-Set Sentencing Hearing